IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS, | No. 2:18-CV-3157-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SHASTA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On March 26, 2019, the court issued findings and recommendations that this action be dismissed for failure to inform the court of a change of address. See ECF No. 5. In his objections to the findings and recommendations, plaintiff states that he is still incarcerated at the Shasta County Jail – plaintiff's address of record. According to plaintiff, defendant jail officials returned mail from this court undelivered, stating incorrectly that plaintiff was no longer in custody. Given that plaintiff received the court's March 26, 2019, findings and recommendations which were mailed to plaintiff's address of record, it appears that plaintiff has in fact not been released from custody and that his address has not changed. Accordingly, and for good cause

/ / /

/ / /

/ / /

1

shown, the March 26, 2019, findings and recommendations are hereby vacated.

IT IS SO ORDERED.

Dated: May 23, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE